# **EXHIBIT 2**



GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
# BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **ACS PRIMARY CARE PHYSICIANS - SOUTHEAST, P.C.** |
| Control Number: | **K627449** |
| Business Type: | **Domestic Professional Corporation** |
| Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** |
| Principal Office Address: | **265 Brookview Centre Way, Suite 400, Attn: Legal Department, Knoxville, TN, 37919, USA** |
| Date of Formation / Registration Date: | **9/5/1996** |
| State of Formation: | **Georgia** |
| Last Annual Registration Year: | **2024** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Corporation Service Company** |
| Physical Address: | **2 SUN COURT, SUITE 400, PEACHTREE CORNERS, GA, 30092, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Alice Leone | CFO | 265 Brookview Centre Way, Suite 400, Knoxville, TN, 37919, USA |
| Michael Corvini, MD | Secretary | 265 Brookview Centre Way, Suite 400, Knoxville, TN, 37919, USA |
| Randal Dabbs MD | CEO | 265 Brookview Centre Way, Suite 400, Knoxville, TN, 37919, USA |

Back            Filing History    Name History

Return to Business Search